**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Mary Anne Groh, Esq.
Attorneys for Defendant Mike's Towing and Recovery, improperly plead as Mike's Auto Service, Inc.

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PISCATAWAY, NEW JERSEY and MIKE'S AUTO SERVICE, INC. <br><br> Defendants. | CIVIL ACTION NO. 2:24-cv-07918 <br><br> **CONSENT ORDER EXTENDING TME TO ANSWER, REPLY, OR RESPOND TO THE COMPLAINT** |

**THIS MATTER** having been brought before the Court by Defendant Mike's Towing and Recovery, improperly plead as Mike's Auto Service, Inc., by and through their attorneys, Cleary Giacobbe Alfieri Jacobs LLC with the consent of counsel for Plaintiff, and the parties being in agreement that the time in which Defendant may answer or otherwise move with respect to Plaintiff's Complaint herein be extended for an additional thirty (30) days, and for good cause shown:

IT IS on this ___ day of _____, 2024

**ORDERED** that the Defendant Mike's Towing and Recovery, improperly plead as Mike's Auto Service, Inc. shall answer, move or otherwise respond to Plaintiff's Complaint by September 28, 2024.

_____
Hon. Julien Xavier Neals, U.S.M.J.

We hereby consent to the form and entry
Of the within Order:

Nicholas Duston                                  Dated: 8/20/24
_____
Nicholas A. Duston, Esq.
Counsel for Plaintiff, Santander Consumer
USA, Inc.


*Mary Anne Groh*                              Dated: 8/29/24
_____
Mary Anne Groh, Esq.
Counsel for Defendant, Mike's Towing
And Recovery, improperly plead as
Mike's Auto Service, Inc.
4875-6703-0750, v. 1