Jack M. Middough, Esq. (ID# 272202018)
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, Township of Piscataway

| | |
|---|---|
| Plaintiff,<br><br>SANTANDER CONSUMER USA, INC.<br><br>vs.<br><br>Defendants,<br><br>TOWNSHIP OF PISCATAWAY, and MIKE'S AUTO SERVICE | CIVIL ACTION NO. 2:24-cv-07918-JXN-AME<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

Application having been made by Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for Defendant Township of Piscataway, for an Order granting said Defendant a fourteen (14) day extension from the time of its entry to file and serve an Answer in the above matter, and Nicholas Duston, Esq., attorney for Plaintiff(s), having consented thereto;

It is on this _____ day of _____, 2024;

ORDERED that the aforesaid Defendant be and are hereby granted leave to file and serve an Answer in the above matter within fourteen (14) days of the date hereof.

_____
Hon. Julien Xavier Neals, U.S.M.J.

We hereby consent to the form and entry of the within Order:

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant Township of Piscataway

BY: /s/ *Jack M. Middough*
JACK M. MIDDOUGH

NORRIS-MCLAUGHLIN, P.A.
Attorneys for Plaintiff Santander Consumer USA, Inc.

BY: /s/ *Nicholas A. Duston*
NICHOLAS A. DUSTON

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701