UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>SANTANDER CONSUMER USA, INC.<br><br>vs.<br><br>Defendants,<br><br>TOWNSHIP OF PISCATAWAY, and MIKE'S AUTO SERVICE | CIVIL ACTION NO. 2:24-cv-07918-JXN-AME<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

Application having been made by Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for Defendant Township of Piscataway, for an Order granting Defendants Township of Piscataway and Mike's Auto Service a fourteen (14) day extension from the time of its entry to file and serve an Answer in the above matter, and Nicholas Duston, Esq., attorney for Plaintiff(s), having consented thereto;

It is on this __27th__ day of __September__, 2024;

ORDERED that the aforesaid Defendants be and are hereby granted leave to file and serve an Answer in the above matter within fourteen (14) days of the date hereof.

_____/s/ André M. Espinosa_____
Hon. Andrè M. Espinosa , U.S.M.J.

We hereby consent to the form and entry of the within Order:

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant Township of Piscataway

BY: _/s/ Jack M. Middough_____
JACK M. MIDDOUGH

CLEARY GIACOBBE ALFIERI JACOBS, LLC

---

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

Attorneys for Defendant Mike's Towing and Recovery, improperly plead as Mike's Auto Service, Inc.

BY: /s/ *Mary Anne Groh*
      MARY ANNE GROH

NORRIS-MCLAUGHLIN, P.A.
Attorneys for Plaintiff Santander Consumer USA, Inc.

BY: /s/ *Nicholas A. Duston*
      NICHOLAS A. DUSTON

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701