HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, Township of Piscataway

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>SANTANDER CONSUMER USA, INC.<br><br>vs.<br><br>Defendants,<br><br>TOWNSHIP OF PISCATAWAY, and MIKE'S AUTO SERVICE | CIVIL ACTION NO. 2:24-cv-07918-JXN-AME<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

Application having been made by Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for Defendant Township of Piscataway, for an Order granting Defendants Township of Piscataway and Mike's Auto Service an extension until December 2, 2024, to file and serve an Answer in the above matter, and Nicholas Duston, Esq., attorney for Plaintiff(s), having consented thereto;

It is on this _____ day of _____, 2024;

ORDERED that the aforesaid Defendants be and are hereby granted leave to file and serve an Answer in the above matter by December 2, 2024.

_____
Hon. Andrè M. Espinosa, U.S.M.J.

We hereby consent to the form and entry of the within Order:

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant Township of Piscataway

BY: /s/ *Jack M. Middough*
JACK M. MIDDOUGH

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

CLEARY GIACOBBE ALFIERI JACOBS, LLC
Attorneys for Defendant Mike's Towing and Recovery, improperly plead as Mike's Auto Service, Inc.

BY: /s/ *Mary Anne Groh*
    MARY ANNE GROH

NORRIS-MCLAUGHLIN, P.A.
Attorneys for Plaintiff Santander Consumer USA, Inc.

BY: /s/ *Nicholas A. Duston*
    NICHOLAS A. DUSTON

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701