## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., | Case No. 2:24-cv-07918-JXN-AME |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | (Electronically Filed) |
| PISCATAWAY, NEW JERSEY and MIKE'S AUTO SERVICE, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that Michael K. Belostock, Esq., of Norris McLaughlin, P.A., hereby enters an appearance on behalf of plaintiff Santander Consumer USA, Inc., and requests that copies of all papers in this action be served upon the undersigned.

Date: December 4, 2024

*s/Michael K. Belostock*
Michael K. Belostock, Esq.
New Jersey Bar No. 104442014
NORRIS McLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
mbelostock@norris-law.com
(908) 722-0700 (office)
(908) 252-4324 (direct)
(908) 722-0755 (fax)