

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

December 4, 2024

**Via ECF**

Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, New Jersey 07102

Re:  **Santander Consumer USA, Inc. v. Piscataway, New Jersey, et al.**
     **Case No.: 2:24-cv-07918**

Dear Judge Espinosa:

This firm represents plaintiff Santander Consumer USA, Inc. in connection with the above-referenced action.

We write on behalf of all parties to inform the Court that this matter has settled, the parties are working to finalize the settlement agreement, and a stipulation of dismissal will be filed soon.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

**Norris McLaughlin, P.A.**

By:  s/ Nicholas A. Duston
     Nicholas A. Duston

cc:  All counsel of record (via ECF and email)



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM