Jack M. Middough, Esq. (ID# 272202018)
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, Township of Piscataway

| Plaintiff, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEy |
|---|---|
| SANTANDER CONSUMER USA, INC. | DOCKET NO. 2:24-cv-07918-JXN-AME |
| vs. | CIVIL ACTION |
| Defendants, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| TOWNSHIP OF PISCATAWAY, and MIKE'S AUTO SERVICE | |

It is hereby stipulated and agreed by and between the attorneys for the parties that the within action be and the same is hereby dismissed with prejudice as to Defendant, Township of Piscataway and Mike's Towing & Recovery, Inc., improperly pled as Mike's Auto Service.

NORRIS, MCLAUGHLIN, P.A.
Attorneys for Plaintiff(s), Santander Consumer USA, Inc.

By: _____
    NICHOLAS A. DUSTON

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant, Township of Piscataway

By: *Jack M. Middough*_____
    JACK M. MIDDOUGH

CLEARY, GIACOBBE, ALFIERI, JACOBS, LLP
Attorneys for Defendant, Mike's Towing & Recovery, Inc.

By: *Mary Anne Groh*_____
    MARY ANNE GROH

Dated: February 24, 2025

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701